FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0382

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0382

IN RE PARENTING OF:

A.H.S., a minor child,

CHAD SENECHAL,

     Petitioner and Appellee,

  and

MAIRA HORTA MOSS,

     Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until January 14, 2025, to prepare, serve, and file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024